# ARMED SERVICES BOARD OF CONTRACT APPEALS

Appeal of --                    )
                                     )

ADT Construction Group, Inc. by      )     ASBCA No. 57322
   Timothy S. Cory, Chapter 7 Trustee    )
                                     )
Under Contract No. DACA09-03-C-0009    )

APPEARANCES FOR THE APPELLANT:       John W. Ralls, Esq.
                                              W. Samuel Niece, Esq.
                                               Ralls, Gruber & Niece LLP
                                               San Mateo, CA

APPEARANCES FOR THE GOVERNMENT:     Thomas H. Gourlay, Jr., Esq.
                                               Engineer Chief Trial Attorney
                                               John F. Bazan, Esq.
                                               Gilbert H. Chong, Esq.
                                               Engineer Trial Attorneys
                                               U.S. Army Engineer District, Los Angeles

## OPINION BY ADMINISTRATIVE JUDGE SHACKLEFORD

It is the Board's decision, pursuant to 41 U.S.C. §§ 7105(e), 7108(b), and the parties' settlement of their dispute and "Request for Entry of Consent Judgment" dated 5 February 2016, that the appeal is sustained. In the nature of a consent judgment, the Board makes a monetary award to appellant in the amount of $266,000. This amount is inclusive of interest. No further interest shall be paid.

Dated: 8 February 2016

RICHARD SHACKLEFORD
Administrative Judge
Acting Chairman
Armed Services Board
of Contract Appeals

(Signatures continued)

I concur

OWEN C. WILSON
Administrative Judge
Acting Vice Chairman
Armed Services Board
of Contract Appeals

I concur

J. REID PROUTY
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Opinion and Decision of the Armed Services Board of Contract Appeals in ASBCA No. 57322, Appeal of ADT Construction Group, Inc. by Timothy S. Cory, Chapter 7 Trustee, rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals

2